**Abatement Order filed January 23, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00059-CR
_____

### IRWIN PENTLAND, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 427th District Court
Travis County, Texas
Trial Court Cause No. D-1-DC-17-904036**

## ABATEMENT ORDER

Appellant is represented on appeal by two appointed lawyers: Dal Ruggles and Elizabeth Whited. On December 17, 2019, Ruggles filed a motion to withdraw as counsel. The motion states in relevant part:

> The undersigned attorney has received a request from Appellant asking that he withdraw as counsel in Appellant's case. Appellant cites a lack of confidence in counsel's handling of Appellant's case as the reason. In response to Appellant's request, counsel files this Motion for Leave to Withdraw.

1

An appointed attorney shall represent the defendant until

> . . . charges are dismissed, the defendant is acquitted, appeals are exhausted, or the attorney is permitted or ordered by the court to withdraw as counsel for the defendant after a finding of good cause is entered on the record.

Tex. Code Crim. Proc. Ann. art. 26.04(j)(2).

Accordingly, we **ABATE** this appeal and order as follows:

1. The judge of the 427th District Court shall consider Ruggles' request to withdraw and shall determine whether Ruggles should be permitted to withdraw.

2. The judge shall ensure that a record of any hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any orders regarding Ruggles' request to withdraw. The records shall be filed with this court by **February 24, 2020**.

3. We will hold Ruggles' motion to withdraw pending receipt of the requested records.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket after the requested records are filed in this court.

PER CURIAM